Patrick M. Lynch
State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St. Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Creditor
Bridgecrest Acceptance Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| | |
|---|---|
| IN RE:<br>Sean Patrick Monagle<br>**Debtor(s)** | Case No. 22-43040-ELM13<br>(**Chapter** 13)<br><br>**OBJECTION TO CONFIRMATION CHAPTER 13 PLAN**<br><br>Judge: Edward L. Morris<br>Ctrm: |

**BRIDGECREST ACCEPTANCE CORPORATION'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN CONCERNING THE TREATMENT OF CLAIM SECURED BY A 2018 CHEVROLET SILVERADO 1500 CREW CAB LT 4.3L V6**

COMES NOW, Bridgecrest Acceptance Corporation ("Creditor"), to object to confirmation of Chapter 13 Plan ("Plan") filed by Sean Patrick Monagle (hereafter referred to as "Debtor") and states the following:

**BACKGROUND**

1.    On December 13, 2022, Debtor filed a voluntary bankruptcy petition under Chapter 13 of Title 11 of the United States Code ("Petition").

2.    Creditor holds a security interest in the vehicle identified as a 2018 Chevrolet Silverado 1500 Crew Cab LT 4.3L V6, VIN # 3GCPCREH4JG281712 (the "Collateral"). Copies of the installment sales contract (the "Contract") and evidence of title are attached as Exhibits "A" and "B," respectively.

3.    Creditor timely filed a Proof of Claim in the amount of $27,564.19 on December 21, 2022

("POC"). *See* Claim #3. The POC has not been objected to by Debtor or any other party.

4. The Collateral was acquired by Debtor for personal use.

5. The balance owed under the Contract at the time of Petition is $27,564.19.

6. The Chapter 13 Plan filed proposes to pay Creditor's claim in the amount of $27,564.19 at 6.00% interest over the term of 60 months.

### GROUNDS FOR OBJECTION

Creditor objects to the Plan for the following reasons:

7. The Plan fails to pay the applicable prime plus interest rate. A debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). See also *Drive Fin. Servs., L.P. v. Jordan*, 521 F.3d 343 (5th Cir. 2008) (applying prime plus rate to vehicle lender's claim). The current prime rate of interest is 7.000%. To the extent the Plan proposes to pay less than the prime interest rate plus 1.000%, Creditor objects to the confirmation of the Plan.

8. The Plan does not provide for equal monthly payments to Creditor. The Code requires that a plan may be confirmed over an objection of a secured creditor only if the payments made under the plan are "in equal monthly amounts." 11 U.S.C. § 1325(a)(5)(B)(iii)(I). To the extent the Plan provides payments to Creditor on a pro rata basis, Creditor objects to the confirmation of the Plan.

WHEREFORE, Creditor asks the Court to deny confirmation of the Chapter 13 Plan, and dismiss the Chapter 13 case, or, in the alternative, convert the case under Chapter 7 of the Bankruptcy Code. Creditor asks for such other and further relief to which it is justly entitled.

Dated: December 28, 2022

/s/ Patrick M. Lynch
**Patrick M. Lynch**
State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney for Bridgecrest Acceptance Corporation

**CERTIFICATE OF CONFERENCE**

I hereby certify that prior to filing the foregoing Objection:

My office sent an email to counsel for the Debtor concerning this Plan objection. Counsel informed my office that Debtor is Opposed.

Therefore, this Objection is presented to the Court for determination.

*/s/ Patrick M. Lynch*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 28, 2022, a true and correct copy of the above Objection shall be served via electronic means, if available, otherwise by regular, first class mail, to:

*Via CM/ECF to Counsel for Debtor:*
Mark B. French
Law Office of Mark B. French
1901 Central Drive Suite 704
Bedford, TX 76021
marksndecf@markfrenchlaw.com

*Via CM/ECF to Chapter 13 Trustee:*
Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180

*Via US Mail to Debtor:*
Sean Patrick Monagle
1035 Santa Cruz Court
Azle, TX 76020

*Via CM/ECF to US Trustee:*
U.S. TRUSTEE
1100 Commerce Street,
Room 976
Dallas, TX 75202

*/s/ Gloria Yeager*
Gloria Yeager