

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: 22-43040-ELM |
| SEAN PATRICK MONAGLE | § § | CHAPTER 13 |
| DEBTOR | § § | JUDGE EDWARD L MORRIS |

### ORDER APPROVING MODIFIED PLAN

AT FORT WORTH IS SAID DISTRICT:

Came on for consideration the "Modification of Plan After Confirmation" ("Modification") filed by Debtor on or about November 04, 2024 [Docket # 61]. The Court finds that notice was and is appropriate under the circumstances.

As evidenced by the Trustee's signature below, the Trustee, Debtor, and any other party who has objected have all agreed to approval of the Modified Plan with the below changes which do not adversely affect any other party.

The Court is of the opinion that the Modification filed on or about November 04, 2024 should be APPROVED, subject to the following changes:

THE PLAN BASE SHALL BE CHANGED TO $42,659.70.

| Case No. 22-43040-ELM | SEAN PATRICK MONAGLE |
|---|---|

Page 2 of 2

All other proposed plan modification changes remain the same.

**IT IS THEREFORE ORDERED** that the Modification is APPROVED with the above changes.

**IT IS FURTHER ORDERED,** that no additional attorney fees are approved unless or until a Notice of Additional Fees, with no timely objection, has been filed.

*/s/ Tim Truman, Trustee*
Tim Truman, Trustee

# # # End of Order # # #