**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.:  22-43040-ELM |
| SEAN PATRICK MONAGLE, xxx-xx-1077 | § | CHAPTER 13 |
| 712 OAK PARK DR | § | |
| AZLE, TX  76020 | § | Court Hearing: |
| | § | Thursday, May 1, 2025 @ 8:30 AM |
| DEBTOR | § | |
| | § | |

**TRUSTEE'S MODIFICATION OF CHAPTER 13**
**PLAN AFTER CONFIRMATION**
(Increased Gross Income)
Date: March 27, 2025

**TO THE HONORABLE  EDWARD L MORRIS,  U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's original or last modified Chapter 13 Plan:

1. This case was filed on December 13, 2022.  Debtor's Plan was confirmed on March 27, 2023.  The Plan provided for an Unsecured Creditors' Pool of $0.00.  Allowed non-priority unsecured claims filed total $17,368.21. The estimated percentage to be paid to filed non-priority unsecured claims before this modification is 0.00%.

2. The current Schedule I filed by Debtor shows annual gross income of  $86,436.00.

3. Debtor's 24 Tax Return shows annual gross income of $126,825.00.

4. The Plan should be modified to increase Debtor's monthly payments to the Trustee by the amount of $601.00 per month ($7,212.00 annually) to be paid to allowed unsecured claims, such payment increase to begin sixty (60) days after the date hereof, and continuing for the remaining term of the Plan or until all allowed non-priority unsecured claims have received 100%, whichever is earlier.  The Plan base amount should be increased accordingly.  (see Exhibit "A")

5. All other provisions as set forth in the last confirmed plan remain the same.

6. Notice hereof should be limited to Debtor, Debtor's attorney, and the United States Trustee because no other party is adversely affected by the proposed modification, as permitted by Bankruptcy Rule 3015(g).

Respectfully submitted,

By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 770-8511 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served on the parties listed below in the manner listed below on or before March 28 , 2025:

**BY FIRST CLASS MAIL:**
SEAN PATRICK MONAGLE,  712 OAK PARK DR,  AZLE, TX  76020-0000

**ELECTRONIC SERVICE:**
MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS, 13010 MORRIS RD #650, ALPHARETTA, GA  30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**/s/ Tim Truman**

**Gross Income Analysis** — Thursday, March 27, 2025

| | | |
|---|---|---|
| Debtor: | SEAN PATRICK MONAGLE | Case No. 22-43040-ELM |
| Debtor's Attorney: | NORRED LAW PLLC | Petition Filed Date: December 13, 2022 |
| Plan Term: | 60 | ACP  60 |
| Months since Petition filed | 27 | Non-Exempt Amount: $0.00 |
| Months remaining in Plan less 2 | 31 | |
| Current UCP | $0.00 | Current % to Unsecured: 0.00% |
| Allowed Non-Priority Unsecured Claims filed | $16,928.27 | Total Allowed Non-Priority Unsecured Claims Paid to Date: $0.00 |

| Tax Year | 2024 | 2023 | 2022 |
|---|---|---|---|
| Business Income | $0.00 | $0.00 | $0.00 |
| Wages & Other Income | $126,825.00 | $96,202.00 | $91,622.00 |
| Total Gross Income from Return | $126,825.00 | $96,202.00 | $91,622.00 |
| Taxable Income | $97,625.00 | | |
| Total Tax | $9,584.00 | | |
| Tax Rate | 9.82% | | |
| Gross Monthly Income per Confirmed Schedule I | $7,203.00 | | |
| Gross Annual Income per Schedule I | $86,436.00 | | |
| Increase in Gross Annual Income: Tax Return vs Schedule I | $40,389.00 | | |
| Increase in Gross Monthly Income | $3,365.75 | | |
| After Tax Rate | 90.18% | | |
| After Tax Increase in Gross Monthly Income | $3,035.33 | | |
| 80% of After Tax Increase in Gross Monthly Income | $2,428.00 | | |
| Potential Amount Available for UCP & T'ee Fee | $75,268.00 | (80% of After Tax Increase in Gross Monthly Income x # of Months Remaining in Plan less 2) | |
| Less Trustee Fee (10%) | $7,526.80 | | |
| Potential Increase in UCP up to 100% | $16,928.27 | | |
| Potential Increase in Base | $18,621.10 | | |
| Potential New % to Unsecured Creditors | 100.00% | | |
| Potential Additional Monthly Payment Amount for Mod | $601.00 | Current Monthly Plan Payment: $754.00 | |