OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 770-8511 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br>SEAN PATRICK MONAGLE<br><br><br>DEBTOR | §<br>§<br>§<br>§<br>§ | CASE NO.: 22-43040-ELM<br>CHAPTER 13<br><br>JUDGE EDWARD L MORRIS |

## NOTICE OF HEARING
## ON "TRUSTEE'S MODIFICATION OF PLAN AFTER CONFIRMATION"
**(Increased Gross Income)**

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the Trustee's Modification of Plan After Confirmation dated March 27, 2025, will be approved by the Court without a hearing, as the Modified Chapter 13 Plan unless a party in interest files a written Objection or Response to this Modification no later than twenty-one (21) days from the date of service hereof, or on or before April 18, 2025.

An "Objection to Modification" shall be in writing and filed with the Bankruptcy Clerk at the following address:

US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102

with a copy mailed or electronically served on the same day to:

| Trustee: | AND | Debtor's Attorney: |
|---|---|---|
| Tim Truman<br>STANDING CHAPTER 13 TRUSTEE<br>6851 N.E. Loop 820, Suite 300<br>North Richland Hills, TX 76180-6608 | | NORRED LAW PLLC<br>515 E BORDER<br>ARLINGTON, TX 76010 |

## NOTICE OF COURT HEARING

Unless an Objection or Response is timely filed regarding the attached Trustee's Modification of Plan After Confirmation, the Court may approve the Trustee's Modification without a Court hearing and all Plan Provisions shall be binding on all parties.

Any Objection or Response not resolved will be heard by the Court following Docket Call at 8:30 AM on Thursday, May 1, 2025 which is at least 28 days from the date of service at: 501 W. 10th Street, , Rm, 204, Fort Worth, TX 76102 or by WebEx at: https://us-courts.webex.com/meet/Morris, Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).

**YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.**

/s/ Tim Truman
_____

Tim Truman
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No.: 00786970

Case No. 22-43040-ELM  SEAN PATRICK MONAGLE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Hearing on the Trustee's Modification of Chapter 13 Plan After Confirmation" was served on the parties listed below in the manner listed below on or before March 28, 2025:

**BY FIRST CLASS MAIL:**
SEAN PATRICK MONAGLE, 712 OAK PARK DR, AZLE, TX 76020-0000

**ELECTRONIC SERVICE:**
MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX 76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS, 13010 MORRIS RD #650, ALPHARETTA, GA 30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Angela Allen