OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | § | CASE NUMBER: 22-43040-ELM |
|---|---|---|
| SEAN PATRICK MONAGLE | § | CHAPTER 13 |
| DEBTOR | § | COURT HEARING:  Thursday, August 7, 2025 at 8:30 AM |

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL
AND NOTICE OF COURT HEARING**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2023-04.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$2,513.00**.

   **\*\*MAIL CERTIFIED PAYMENTS TO:  PO Box 2285, Memphis, TN 38101-2285\*\***

2. Due date is **Aug 01, 2025**.  Payments must be received by 4:00 PM.

   **FAILURE TO BRING ALL PAYMENTS CURRENT BY  AUG 01, 2025, OR FAILURE TO  RESOLVE THE DELINQUENCY ON THE CASE, SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

   **ANY WRITTEN OBJECTION OR RESPONSE MUST BE FILED WITH THE COURT AT <u>US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.</u>  ANY OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE EDWARD L MORRIS ON August 7, 2025   8:30 am AT 501 W. 10TH STREET,  ROOM 204, FORT WORTH, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Morris,  Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).**

22-43040-ELM                                                                                             SEAN PATRICK MONAGLE

Page 2 of 2

    /s/ Tim Truman

Tim Truman, Trustee, State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of Court Hearing" was served on the parties listed below in the manner listed below on or before July 18, 2025.

**BY FIRST CLASS MAIL:**
SEAN PATRICK MONAGLE,  712 OAK PARK DR,  AZLE, TX  76020-0000

**ELECTRONIC SERVICE:**
MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS, 13010 MORRIS RD #650, ALPHARETTA, GA  30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

    /s/ Tim Truman

Tim Truman, Trustee
State Bar# 20258000