**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 22-43040-ELM** |
| **SEAN PATRICK MONAGLE** | § | |
| | § | **Court Hearing Date:** |
| | § | **Thursday, September 4, 2025** |
| | § | |
| **Debtor,** | § | |

**TRUSTEE'S OBJECTION TO DEBTOR'S PLAN MODIFICATION**

**TO THE HONORABLE EDWARD L MORRIS, U.S. BANKRUPTCY JUDGE:**

Now comes Tim Truman, the Standing Chapter 13 Trustee, and files this his "Trustee's Objection to Modification" of the Plan heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

The Modified Plan fails to meet the "feasibility" requirements of 11 U.S.C. § 1325 (a) (6) of the Bankruptcy Code. In this regard, the Trustee would show that the Debtor's Modified Plan provides for the following plan payments:

| Start Date | Periods | Amount | How Often | Action/Note |
|---|---|---|---|---|
| SEAN PATRICK MONAGLE | | | | |
| 08/12/2025 | 29 | $1,465.00 | MONTHLY | MOD Pending |

In this regard, the Debtor's monthly surplus per Schedules I and J is $738.00. Therefore, the Modified Plan does not appear to be feasible for that reason, and for the following reason(s), if any:

Debtor has not filed amended schedules I and J and/or current pay advices to reflect any change in circumstances.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that the Modified Plan be disapproved unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By:  /s/ Angela D. Allen

Tim Truman, Bar # 20258000
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Debtor's Plan Modification" was served on the parties listed below in the manner listed below on or before August 13 , 2025:

                                                                           /s/ Angela D. Allen

                                                                           Tim Truman, Angela Allen

**BY FIRST CLASS MAIL:**

SEAN PATRICK MONAGLE,  712 OAK PARK DR,  AZLE, TX  76020-0000

**ELECTRONIC SERVICE:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS, 13010 MORRIS RD #650, ALPHARETTA, GA  30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242