Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor Sean Patrick Monagle

## United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

In re:
Sean Patrick Monagle,

          Debtor,

Case No. 22-43040-elm13
Chapter 13

Hearing: April 2, 2026, at 8:30 a.m.
JUDGE EDWARD L. MORRIS

**NOTICE OF HEARING**
**ON "DEBTOR'S MODIFICATION OF PLAN AFTER CONFIRMATION"**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 204 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

An "Objection to Modification" shall be in writing and filed with the Bankruptcy Clerk at the following address:

Clerk
United States Bankruptcy Court
10th and Lamar Street
Fort Worth, Texas 76102
with a copy mailed or electronically serviced on the same day to:

| Trustee: | AND | Debtor or Debtor's Attorney: |
|---|---|---|
| TIM TRUMAN | | Clayton L. Everett |
| Standing Chapter 13 Trustee | | 515 E. Border Street |
| 6851 NE Loop 820, #310 | | Arlington, Texas 76010 |
| North Richland Hills, TX  76180 | | |

## **NOTICE OF COURT HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on April 2, 2026, at 8:30 am in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 with a hearing following the docket call. The hearing will be before the Honorable Judge Edward L. Morris via WebEx Video Participation at the following link: https://us-courts.webex.com/meet/morris Meeting Number: 2309-445-3213 or for WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207 Meeting ID: 2309 445 3213. Only the Debtor and any opposing party are required to attend the hearing.

YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

Date: February 13, 2026

By: /s/ Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing Modification and attachments were served upon all parties in interest either by first class mail, postage paid, at the address on the matrix on file with the Court or electronically on this the 13th day of February 2026.

/s/ Clayton L. Everett