**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No.: 22-43040-ELM |
| | § | Chapter 13 |
| SEAN PATRICK MONAGLE | § | Hearing Date: April 2, 2026  8:30 am |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "Notice of Intent to Dismiss" matter has been continued from February 5 , 2026, 8:30 am to a court hearing on  **April 2, 2026,  8:30 am** to be held  **at the United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Morris,  Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties listed below in the manner listed below on or before February 18 , 2026.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**BY FIRST CLASS MAIL:**
SEAN PATRICK MONAGLE,  712 OAK PARK DR,  AZLE, TX  76020-0000
**ELECTRONIC SERVICE:**
MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS, 13010 MORRIS RD #650, ALPHARETTA, GA  30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242