**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 22-43040-ELM** |
| **SEAN PATRICK MONAGLE** | § | |
| | § | **Court Hearing Date:** |
| | § | **Thursday, April 2, 2026** |
| **Debtor,** | § | |

## TRUSTEE'S OBJECTION TO DEBTOR'S PLAN MODIFICATION

**TO THE HONORABLE EDWARD L MORRIS, U.S. BANKRUPTCY JUDGE:**

Now comes Tim Truman, the Standing Chapter 13 Trustee, and files this his "Trustee's Objection to Modification" of the Plan heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

The Trustee asserts that the Modified Plan was not proposed in "good faith" which is required by 11 U.S.C. § 1325(a)(3) and (a)(7) for the reasons set forth below, based on the totality of the circumstances.

On information and belief, Debtor may have purchased a 2018 Chevrolet Silverado with a monthly payment of $668.00 without court approval. Additionally, pursuant to debtors amended schedule J, he has a month payment plan with NTTA in the amount of $171.68 in which for which he did not obtain court approval. Debtor's amended schedule J is claiming out of pocket medical expenses in the amount of $1400.00. Debtor has failed to provide any proof of these expenses.

The Debtor's Modified Plan reduces the plan base and the distribution or potential distribution to unsecured creditors without cause.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that the Modified Plan be disapproved unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By:  /s/ Angela D. Allen
Tim Truman, Bar # 20258000
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Debtor's Plan Modification" was served on the parties listed below in the manner listed below on or before February 24, 2026:

                                                      /s/ Angela D. Allen

                                                      Tim Truman, Angela Allen

**BY FIRST CLASS MAIL:**

SEAN PATRICK MONAGLE,  712 OAK PARK DR,  AZLE, TX  76020-0000

**ELECTRONIC SERVICE:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS, 13010 MORRIS RD #650, ALPHARETTA, GA  30004
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242