Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

In re:

Sean Patrick Monagle,                                    Case No. 22-43030-elm

Debtor,                                                  Chapter 13

## NOTICE OF WITHDRAWAL OF PLAN MODIFICATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Sean Patrick Monagle (the "Debtor"), by and through undersigned counsel, and hereby files this Notice of Withdrawal of *Debtor's Modification of Chapter 13 Plan after Confirmation* (Dkt. 92), and in support thereof would respectfully show the Court as follows:

1. The Debtor previously filed a Modification of Chapter 13 Plan after Confirmation (Dkt. 92) on February 13, 2026.

2. The Chapter 13 Trustee filed an Objection to Debtor's Plan Modification (Dkt. 98) on February, 23, 2026.

3. The Debtor no longer seeks to proceed with the Modification.

4. The Debtor is currently considering available options with respect to this case, including dismissal or conversion.

WHEREFORE, the Debtor respectfully requests that the Court acknowledge the withdrawal of the Modification of Chapter 13 Plan after Confirmation, and grant such other relief as is just and proper.

Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a true and correct copy of the above Notice shall be served electronically on the Chapter 13 Trustee and all parties entitled to electronic notice.

/s/ *Clayton L. Everett*

22-43030-elm, Notice of Withdrawal of Plan Modification