United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 22-43040-elm |
|---|---|
| Sean Patrick Monagle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf022 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Patrick Monagle, 712 Oak Park Drive, Azle, TX 76020-4819 |
| 19871947 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19871953 | + | Gensis FS Card Services, PO Box 740237, Atlanta, GA 30374-0237 |
| 19871960 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19871959 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19871963 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19871968 | + | Texas Medicine Resources, PO Box 9168, Coral Springs, FL 33075-9168 |
| 19871969 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19871946 | + | Email/Text: bankruptcy@acima.com | May 08 2026 22:13:00 | ACIMA, PO Box 1667, Draper, UT 84020-1667 |
| 19875549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 22:23:08 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19871948 | + | Email/Text: rm-bknotices@bridgecrest.com | May 08 2026 22:14:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 19874167 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 22:22:59 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19878554 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 22:22:51 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 19871950 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 08 2026 22:14:00 | CHEX SYSTEMS INC, Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 19871949 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 08 2026 22:13:00 | Cash Net USA, 175 W Jacksin Blvd #1000, Chicago, IL 60604-2863 |
| 19880488 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 08 2026 22:13:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 19911412 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 22:13:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19871951 | + | Email/Text: bankruptcynotices@conns.com | May 08 2026 22:13:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 19873420 | ^ | MEBN | May 08 2026 22:09:12 | Essential Lending Inc., 3500 Hulen St Ste 201, Fort Worth, TX 76107-6812 |
| 19871952 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 08 2026 22:23:00 | First Premier Bank, Attn: Bankruptcy, PO Box |

District/off: 0539-4                    User: admin                                    Page 2 of 3

Date Rcvd: May 08, 2026                 Form ID: pdf022                                 Total Noticed: 39

| | | | |
|---|---|---|---|
| | | | 5524, Sioux Falls, SD 57117-5524 |
| 19871954 | + Email/Text: HWIBankruptcy@hunterwarfield.com | May 08 2026 22:14:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 19871955 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2026 22:13:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19871957 | + Email/Text: dallas.bankruptcy@LGBS.com | May 08 2026 22:14:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19871958 | + Email/Text: dallas.bankruptcy@LGBS.com | May 08 2026 22:14:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19901990 | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 22:23:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19893270 | + Email/Text: bankruptcydpt@mcmcg.com | May 08 2026 22:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19871961 | Email/Text: parasn@armanagementgroup.com | May 08 2026 22:13:00 | Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 19871962 | + Email/Text: recovery@paypal.com | May 08 2026 22:13:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19907072 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 22:14:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 19876620 | Email/Text: bnc-quantum@quantum3group.com | May 08 2026 22:13:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 20255299 | + Email/Text: bncmail@w-legal.com | May 08 2026 22:13:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 20062620 | + Email/Text: bncmail@w-legal.com | May 08 2026 22:13:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 19871965 | + Email/Text: amccoy@synerpriseconsulting.com | May 08 2026 22:14:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 19871966 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | May 08 2026 22:13:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19871967 | Email/Text: THRBankruptcynotice@texashealth.org | May 08 2026 22:14:00 | Texas Health Resources, PO Box 733546, Dallas, TX 75373-3546 |
| 20219569 | + Email/Text: RASEBN@raslg.com | May 08 2026 22:13:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 19871970 | ^ MEBN | May 08 2026 22:08:18 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19871971 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | May 08 2026 22:13:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
| 19871964 | Email/Text: kiya@dakotaeconomic.com | May 08 2026 22:13:00 | River Valley Loan, PO Box 222, Ft Thompson, SD 57339 |

TOTAL: 31

## BYPASSED RECIPIENTS

District/off: 0539-4 | User: admin | Page 3 of 3
Date Rcvd: May 08, 2026 | Form ID: pdf022 | Total Noticed: 39

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19871956 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela D. Allen | on behalf of Trustee Tim Truman angelaa@ch13ftw.com |
| Clayton Everett | on behalf of Debtor Sean Patrick Monagle clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| George F. Dunn | on behalf of Creditor U.S. Bank Trust National Association gdunn@raslg.com |
| Patrick Michael Lynch | on behalf of Creditor Bridgecrest Acceptance Corporation plynch@qslwm.com  pkarr@qslwm.com |
| Tim Truman | truman341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Sean Patrick Monagle warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 7





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 7, 2026**

_____
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: 22-43040-ELM |
| SEAN PATRICK MONAGLE | § § | CHAPTER 13 |
| DEBTOR | § § | JUDGE EDWARD L MORRIS |

---

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2026-01
(14 DAY NOI-$)**

---

Came on for consideration the "Trustee's Notice of Intent to Dismiss Chapter 13 Case Pursuant to General Order 2026-01 (14 Day NOI-$)" ("Notice") filed on or about 07/17/2025 [Docket #72]. The Court finds that notice was and is appropriate under the circumstances.

The Court is of the opinion that the Chapter 13 Case should be DISMISSED based on the Debtor's announcement of no opposition to DISMISSAL of the Chapter 13 proceeding at or prior to the hearing.

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2026-01 paragraph 3e **PROVIDED** that if, within 14 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

SEAN PATRICK MONAGLE                                                    Case No. 22-43040-ELM

APPROVED:

/s/ Tim Truman