United States Bankruptcy Court

Northern District of Texas

In re:                                                                          Case No. 22-43040-elm

Sean Patrick Monagle                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: pdf016 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Patrick Monagle, 712 Oak Park Drive, Azle, TX 76020-4819 |
| 19871947 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19871953 | + | Gensis FS Card Services, PO Box 740237, Atlanta, GA 30374-0237 |
| 19871960 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19871959 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19871963 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19871968 | + | Texas Medicine Resources, PO Box 9168, Coral Springs, FL 33075-9168 |
| 19871969 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19871946 | + | Email/Text: bankruptcy@acima.com | Jun 24 2026 21:52:00 | ACIMA, PO Box 1667, Draper, UT 84020-1667 |
| 19875549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2026 22:01:34 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19871948 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 24 2026 21:53:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 19874167 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2026 22:01:34 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19878554 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2026 22:01:56 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 19871950 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 24 2026 21:53:00 | CHEX SYSTEMS INC, Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 19871949 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 24 2026 21:52:00 | Cash Net USA, 175 W Jacksin Blvd #1000, Chicago, IL 60604-2863 |
| 19880488 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 24 2026 21:52:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 19911412 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2026 21:52:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19871951 | + | Email/Text: bankruptcynotices@conns.com | Jun 24 2026 21:52:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 19873420 | ^ | MEBN | Jun 24 2026 21:51:36 | Essential Lending Inc., 3500 Hulen St Ste 201, Fort Worth, TX 76107-6812 |
| 19871952 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 24 2026 22:01:57 | First Premier Bank, Attn: Bankruptcy, PO Box |

District/off: 0539-4                    User: admin                                              Page 2 of 3

Date Rcvd: Jun 24, 2026                 Form ID: pdf016                                 Total Noticed: 39

| | | | |
|---|---|---|---|
| | | | 5524, Sioux Falls, SD 57117-5524 |
| 19871954 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 24 2026 21:53:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 19871955 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2026 21:52:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19871957 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 24 2026 21:53:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19871958 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 24 2026 21:53:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19901990 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2026 22:01:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19893270 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2026 21:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19871961 | Email/Text: parasn@armanagementgroup.com | Jun 24 2026 21:52:00 | Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 19871962 | + Email/Text: recovery@paypal.com | Jun 24 2026 21:52:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19907072 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2026 21:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 19876620 | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2026 21:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 20255299 | + Email/Text: bncmail@w-legal.com | Jun 24 2026 21:52:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 20062620 | + Email/Text: bncmail@w-legal.com | Jun 24 2026 21:52:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 19871965 | + Email/Text: amccoy@synerpriseconsulting.com | Jun 24 2026 21:53:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 19871966 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 24 2026 21:52:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19871967 | Email/Text: THRBankruptcynotice@texashealth.org | Jun 24 2026 21:53:00 | Texas Health Resources, PO Box 733546, Dallas, TX 75373-3546 |
| 20219569 | + Email/Text: RASEBN@raslg.com | Jun 24 2026 21:52:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 19871970 | ^ MEBN | Jun 24 2026 21:51:10 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19871971 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 24 2026 21:52:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
| 19871964 | Email/Text: kiya@dakotaeconomic.com | Jun 24 2026 21:52:00 | River Valley Loan, PO Box 222, Ft Thompson, SD 57339 |

TOTAL: 31

## BYPASSED RECIPIENTS

District/off: 0539-4                          User: admin                          Page 3 of 3
Date Rcvd: Jun 24, 2026                       Form ID: pdf016                       Total Noticed: 39

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 19871956 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Angela D. Allen | on behalf of Trustee Tim Truman angelaa@ch13ftw.com |
| Clayton Everett | on behalf of Debtor Sean Patrick Monagle clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| George F. Dunn | on behalf of Creditor U.S. Bank Trust National Association gdunn@raslg.com |
| Pam Bassel (NRH) | 341docs@ch13ftw.com |
| Patrick Michael Lynch | on behalf of Creditor Bridgecrest Acceptance Corporation plynch@qslwm.com  pkarr@qslwm.com |
| Tim Truman | truman341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Sean Patrick Monagle warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE TIM TRUMAN |
| TIM TRUMAN AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| PAM BASSEL | § | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF**
**SUCCESSOR CHAPTER 13 STANDING TRUSTEE**

NOTICE IS HEREBY GIVEN THAT:

1. Tim Truman, Chapter 13 Standing Trustee, ("Trustee Truman") has resigned from all of his Northern District of Texas cases effective 11:59 p.m. on June 4, 2026.

2. The United States Trustee, having accepted Trustee Truman's resignation, has appointed, under 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Pam Bassel as the successor Chapter 13 Standing Trustee ("Pam Bassel, Chapter 13 Trustee") for the Northern District of Texas, Ft. Worth Division, effective June 5, 2026, in all of Trustee Truman's open chapter 13 cases. (All of Trustee Truman's open chapter 13 cases are defined as "Truman Open Chapter 13 Cases.")

3. Effective June 5, 2026, the United States Trustee, in accordance with 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, has transferred and assigned all Truman Open Chapter 13 Cases, to:

Pam Bassel, Trustee
Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Ste. 300
North Richland Hills, TX 76180

1

4. The bond for Pam Bassel, Chapter 13 Trustee, is fixed under the general blanket bond authorized by the United States Trustee under 11 U.S.C. § 322 and Fed. R. Bankr. P. 2010(a).

5. In accordance with Fed. R. Bankr. P. 2012(b), Pam Bassel, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Truman's Open Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Truman's Open Chapter 13 Cases within 30 days of the effective date of the transfer of each case.

SIGNED this the 9th day of June.

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6
NORTHERN AND EASTERN DISTRICTS OF TEXAS

By: /s/ Lisa L. Lambert
Lisa L. Lambert
United States Trustee
Texas State Bar No. 11844250
1100 Commerce, Room 976
Phone: (214) 767-8967

2