United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 22-43040-elm |
|---|---|
| Sean Patrick Monagle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf013 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Patrick Monagle, 712 Oak Park Drive, Azle, TX 76020-4819 |
| 19871947 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19871953 | + | Gensis FS Card Services, PO Box 740237, Atlanta, GA 30374-0237 |
| 19871960 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19871959 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19871963 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19871968 | + | Texas Medicine Resources, PO Box 9168, Coral Springs, FL 33075-9168 |
| 19871969 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 23:27:16 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 23:27:16 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 23:27:33 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 07 2026 23:19:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 1415 Western Ave, Ste 700, SEATTLE, WA 98101-2051 |
| 19871946 | + | Email/Text: bankruptcy@acima.com | Jul 07 2026 23:19:00 | ACIMA, PO Box 1667, Draper, UT 84020-1667 |
| 19875549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 23:27:17 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19871948 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 07 2026 23:20:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 19874167 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 23:27:43 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19878554 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 23:27:43 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 19871950 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 07 2026 23:20:00 | CHEX SYSTEMS INC, Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 19871949 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 07 2026 23:18:00 | Cash Net USA, 175 W Jacksin Blvd #1000, |

District/off: 0539-4      User: admin      Page 2 of 3

Date Rcvd: Jul 07, 2026      Form ID: pdf013      Total Noticed: 43

| ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Chicago, IL 60604-2863 |
| 19880488 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 07 2026 23:18:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 19911412 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 23:19:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19871951 | + | Email/Text: bankruptcynotices@conns.com | Jul 07 2026 23:18:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 19873420 | ^ | MEBN | Jul 07 2026 23:17:48 | Essential Lending Inc., 3500 Hulen St Ste 201, Fort Worth, TX 76107-6812 |
| 19871952 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 07 2026 23:27:45 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 19871954 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jul 07 2026 23:20:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 19871955 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2026 23:19:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19871957 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19871958 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19901990 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 23:27:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19893270 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 23:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19871961 | | Email/Text: parasn@armanagementgroup.com | Jul 07 2026 23:19:00 | Nationwide Recovery Systems, 501 Shelley Drive, Suite 300, Tyler, TX 75701 |
| 19871962 | + | Email/Text: recovery@paypal.com | Jul 07 2026 23:18:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19907072 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 23:20:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 19876620 | | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2026 23:20:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 20255299 | + | Email/Text: bncmail@w-legal.com | Jul 07 2026 23:19:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 20062620 | + | Email/Text: bncmail@w-legal.com | Jul 07 2026 23:19:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 19871965 | + | Email/Text: amccoy@synerpriseconsulting.com | Jul 07 2026 23:20:00 | Synerprise Consulting Services, Inc, Attn: Bankruptcy, 5651 Broadmoor, Mission, KS 66202-2407 |
| 19871966 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jul 07 2026 23:18:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19871967 | | Email/Text: THRBankruptcynotice@texashealth.org | Jul 07 2026 23:20:00 | Texas Health Resources, PO Box 733546, Dallas, TX 75373-3546 |
| 20219569 | + | Email/Text: RASEBN@raslg.com | Jul 07 2026 23:18:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 19871970 | ^ | MEBN | Jul 07 2026 23:19:48 | UNITED STATES ATTORNEY GENERAL, |

| District/off: 0539-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf013 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 19871971 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| | | | Jul 07 2026 23:19:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
| 19871964 | | Email/Text: kiya@dakotaeconomic.com | | |
| | | | Jul 07 2026 23:19:00 | River Valley Loan, PO Box 222, Ft Thompson, SD 57339 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 19871956 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | |
| | on behalf of Debtor Sean Patrick Monagle clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| George F. Dunn | |
| | on behalf of Creditor U.S. Bank Trust National Association gdunn@raslg.com |
| Pam Bassel (NRH) | |
| | 341docs@ch13ftw.com |
| Patrick Michael Lynch | |
| | on behalf of Creditor Bridgecrest Acceptance Corporation plynch@qslwm.com  pkarr@qslwm.com |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | |
| | on behalf of Debtor Sean Patrick Monagle warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 6

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re:                                                                    Case No: 22-43040-ELM

    SEAN PATRICK MONAGLE

        Debtor

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 204 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $22,781.20 |
| Administrative Disbursements  * | $6,434.91 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $16,346.29 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $22,781.20 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

July 06, 2026                                                    /s/ Pam Bassel

                                                                Pam Bassel, Standing Chapter 13 Trustee